IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                                    No. C 17-5106 WHA (PR)

CARLOS TOMAS GARCIA,                    **ORDER OF DISMISSAL**

        Plaintiff.

_____/

      Plaintiff was granted an extension of time to November 10, 2017, in which to file a complaint and either pay the filing fee or file a completed application to proceed in forma pauperis. He was informed that his failure to do so would result in the dismissal of this case. Plaintiff has not filed a complaint, paid the filing fee or completed an in forma pauperis application. Accordingly, this case is **Dismissed** without prejudice.

      IT IS SO ORDERED.

Dated: December __4__, 2017.

                                                                       WILLIAM ALSUP
                                                                  UNITED STATES DISTRICT JUDGE